# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | CASE NO. 8:05CR114 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| MATTHEW SCHOECH, | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's oral motion.

IT IS ORDERED:

1. The Defendant shall be released from the Sarpy County Jail at 10:00 a.m. on December 15, 2011, to Jill Timmons, who will deliver him to the Siena Francis House in Omaha, Nebraska, no later than 10:45 a.m. on December 15, 2011; and

2. The Clerk is directed to deliver a copy of this order to the U.S. Marshal's Office for this district.

DATED this 14th day of December, 2011.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge